■ In the Matter of SVI ZER, a Suspended Attorney. [644 NYS2d 892]

Concur—Sullivan, J. P., Rosenberger, Wallach, Kupferman and Ross, JJ.